UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| MARIAH BAYLISS, | Civil No. 3:13-CV-05866-BHS-KLS |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on defendant's unopposed motion for an extension of time to file a response to plaintiff's complaint (ECF #6), it is hereby ORDERED that the Responsive Pleading Date shall be amended as follows:

Defendant shall have up to and including February 20, 2014, to file a response to plaintiff's Complaint.

DATED this 24th day of January, 2014.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Page 1     ORDER